PS 8C
(05/08)

July 1, 2020

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Petition for Summons for Defendant on Pretrial Release

**Name of Defendant:** Alexandra Renee Bell    **Dkt No.:** 20CR1812-1

**Reg. No.:** 95306-298

**Name of Judicial Oficer:** The Honorable Cathy Ann Bencivengo, U.S. District Judge
(Matter referred to the Honorable Ruth B. Montenegro, U.S. Magistrate Judge)

**Date Conditions Ordered:** June 11, 2020, by the Honorable Ruth B. Montenegro, U.S. Magistrate Judge

**Conditions of Release:** not violate federal, state, or local law during the period of release; appear in court as ordered and surrender as directed to serve any sentence; not possess or attempt to possess a firearm, destructive device, or other dangerous weapon; not use or possess a narcotic drug or other controlled substance without a lawful medical prescription and not use or possess marijuana under any circumstances, report to Pretrial Services as directed; restrict travel to the Southern District of California, and not to enter Mexico; actively seek or continue full-time employment, schooling, or combination of both; reside with a family member, surety, or residence approved by Pretrial Services, including any contract facility; submit to psychological/psychiatric treatment at Pretrial Services' discretion; and submit to drug/alcohol testing and/or outpatient substance abuse therapy or counseling as directed by Pretrial Services.

**Modification:** None

**Date Released on Bond:** June 11, 2020

**Charged Offense:** 21: 952, 960 - Importation of a Controlled Substance

**Next Court Hearing:** July 2, 2020, for arraignment before the Honorable Ruth B. Montenegro, U.S. Magistrate Judge

**Asst. U.S. Atty.:** Nicholas Jordan Hernandez    **Defense Counsel:** Eric Studebaker Fish, Federal Defenders
(619) 546-7029                                     (619) 234-8467

**Prior Violation History:** In a petition dated June 25, 2020, the Court was informed the defendant submitted a urine sample on June 16, 2020, which confirmed positive for methamphetamine use. Upon receiving the confirmation, the defendant admitted using marijuana and methamphetamine on June 11, 2020. The Court agreed to hold action in abeyance.

PS 8C
(05/08)

**Name of Defendant:** Alexandra Renee Bell                               July 1, 2020
**Docket No.:** 20CR1812-1                                                          Page 2

## PETITIONING THE COURT

### TO SUMMON THE DEFENDANT TO APPEAR IN COURT AND ADDRESS THE FOLLOWING ALLEGATIONS

The Pretrial Services officer believes the defendant violated the following conditions of pretrial release:

| CONDITIONS | ALLEGATIONS OF NONCOMPLIANCE |
|---|---|
| **(Standard Condition)** Not use or possess a narcotic drug or other controlled substance without a lawful medical prescription and not use or possess marijuana under any circumstances | 1. On June 11, 2020, the defendant used marijuana as evidenced by her admission. |
| | 2. On June 11, 2020, the defendant used methamphetamine as evidenced by her admission and a urine sample submitted on June 16, 2020, which confirmed positive for methamphetamine use. |
| | 3. On June 20 and 28, 2020, the defendant used methamphetamine as evidenced by her admission. |

***Grounds for Revocation:*** On June 11, 2020, the Court set conditions of release which include not possess or use a narcotic drug or other controlled substance without a lawful medical prescription and not posses or use marijuana under any circumstances. On June 12, 2020, the undersigned reviewed the conditions of release with the defendant and she acknowledged an understanding.

**Allegation 1 and 2:** On June 12, 2020, the undersigned contacted the defendant and she admitted using marijuana on June 11, 2020, after her court appearance. Additionally, the undersigned received and reviewed laboratory results from Alere, Inc. (National Lab) which list the urine sample submitted by the defendant on June 16, 2020, confirmed positive for methamphetamine use. When confronted with the results, the defendant also admitted using methamphetamine on June 11, 2020.

**Allegation 3:** On June 25, 2020, the defendant reported to the Pretrial Services office and admitted using methamphetamine on June 20, 2020. Additionally on June 29, 2020, the undersigned contacted the defendant and she admitted using methamphetamine again on June 28, 2020.

PS 8C
(05/08)

| | |
|---|---|
| **Name of Defendant:** Alexandra Renee Bell | July 1, 2020 |
| **Docket No.:** 20CR1812-1 | Page 3 |

| **(Special Condition)** | | |
|---|---|---|
| Submit to drug testing and/or treatment as directed by Pretrial Services | 4. | On June 26 and 30, 2020, the defendant failed to report for drug testing as instructed by Pretrial Services. |

***Grounds for Revocation:*** On June 11, 2020, the Court set conditions of release which include submit to drug/alcohol testing and/or treatment as directed by Pretrial Services. On June 12, 2020, the undersigned reviewed the conditions of release with the defendant and she acknowledged an understanding.

**Allegation 4:** On June 25, 2020, the defendant reported to the Pretrial Services office and was unable to provide a urine sample. The defendant was instructed to report the next day for drug testing. The defendant failed to report for drug testing on June 26, 2020. Additionally, on June 29, 2020, the undersigned contacted the defendant and directed her to report for drug testing the following day. The defendant failed to report for drug testing on June 30, 2020.

## SUPERVISION ADJUSTMENT

Ms. Bell commenced pretrial supervision on June 11, 2020. After her initial court appearance, the defendant admitted using marijuana and methamphetamine. The defendant further admitted using methamphetamine again on June 20 and 28, 2020, and she failed report for drug testing on two occasions.

The defendant was counseled and reprimanded for her continued drug use while on bond. The defendant was offered residential drug treatment, however, she refused. The defendant stated she can refrain from further drug use and would like to participate in out-patient drug treatment. In light of this information, Pretrial Services views the defendant's supervision adjustment as poor.

PS 8C
(05/08)

Name of Defendant: Alexandra Renee Bell                             July 1, 2020
Docket No.: 20CR1812-1                                                     Page 4

## RECOMMENDATION/JUSTIFICATION

In light of the allegations listed on the petition, Pretrial Services recommends your Honor order the defendant to appear in Court on July 2, 2020, at 10:00 a.m. and allow her to show cause why her bond should not be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** 7/1/2020

Respectfully submitted:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by _____
Yolanda German
U.S. Pretrial Services Officer
(760) 339-4223
Place: El Centro, California

Reviewed and approved:

_____
Carlos D. Gutierrez
Supervising U.S. Pretrial Services Officer

**THE COURT ORDERS:**

__✓__ AGREE, cite the defendant to appear in Court for an Order to Show Cause Hearing on July 2, 2020, at 10:00 a.m. and allow her to show cause why her bond should not be revoked.

_____ Other _____

_____                              7/2/2020
The Honorable Ruth B. Montenegro                          Date
U.S. Magistrate Judge